UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, et al. ex rel. Loyd F. Schmuckley Jr., | FILED UNDER SEAL |
| Plaintiffs, | Civil Action No. 17-C-570 |
| v. | |
| WALGREEN CO. | |
| Defendant. | |

## STIPULATION FOR DISMISSAL AND REQUEST TO PARTIALLY LIFT THE SEAL

The United States of America, the State of Wisconsin, and Relator Loyd F. Schmuckley, Jr. (collectively "Plaintiffs"), hereby jointly stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1) that the Complaint in this case should be dismissed. The United States further requests pursuant to the False Claims Act, 31 U.S.C. §3730(b)(2), that the seal be partially lifted in this matter.

The Complaint asserts four counts on behalf the United States and the State of Wisconsin, namely, three counts under the federal False Claims Act and one count under state law. Plaintiffs have entered into a Settlement Agreement with Walgreen Co. that provides for the dismissal of all counts of the Complaint. *See* Exhibit A, Settlement Agreement. As provided by paragraph 21 of the Settlement Agreement, dismissal shall be without prejudice to any claims of the United States or the State of Wisconsin that fall outside the Covered Conduct as defined by the Settlement Agreement.

The United States further requests a partial lifting of the seal so that (1) the Complaint, (2) the United States' Notice of Election to Intervene, (3) this stipulation and request, and (4) any resulting order(s) from this request may be publically disclosed. Except for those documents, the

United States requests that all other pleadings (including, but not limited to, all requests for extensions and any memoranda in support thereof) remain under seal and not be made public or served upon the defendants. The government provided those filings by law to the Court alone to discuss the content and extent of the United States' investigation for the sole purpose of permitting the Court to evaluate whether the seal and time for making an election to intervene should be extended. Therefore, the United States requests that the seal be maintained on all other pleadings filed in this case.

A proposed order accompanies this request and is being filed herewith for the Court's convenience.

**THE UNITED STATES OF AMERICA**

                                           MATTHEW D. KRUEGER
                                           United States Attorney

Dated: January 14, 2019        /s Michael A. Carter
                                           MICHAEL A. CARTER
                                           Assistant United States Attorney
                                           State Bar # 1090041
                                           United States Attorney's Office
                                           Eastern District of Wisconsin
                                           517 E. Wisconsin Avenue, Rm. 530
                                           Milwaukee, WI 53202
                                           Telephone: (414) 297-1700
                                           Fax: (414) 297-4394
                                           Email: michael.a.carter@usdoj.gov

**STATE OF WISCONSIN**

Dated: January 14, 2019    JOSH KAUL
                           Wisconsin Attorney General

                           /s Katie M. Wilson
                           KATIE M. WILSON
                           Assistant Attorney General
                           State Bar #1074344
                           Wisconsin Department of Justice
                           Post Office Box 7857
                           Madison, Wisconsin 53707-7857
                           Telephone: (608) 261-8116
                           Fax: (608) 261-7991
                           Email: wilsonkm@doj.state.wi.us

**RELATOR**

DATED: December 12, 2018 /s Wm. Paul Lawrence II
Wm. Paul Lawrence II
Waters Kraus
37163 Mountville Road
Middleburg, VA 20117
540-687-6999
plawrence@waterskraus.com